# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

OTO ANALYTICS, INC. D/B/A WOMPLY
Plaintiff

v.

CAPITAL PLUS FINANCIAL, LLC, CROSSROADS SYSTEMS, INC., ERIC DONNELLY
Defendant

3:21-cv-02636-B
Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff Oto Analytics, Inc., d/b/a Womply

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):   None
*Please separate names with a comma. Only text visible within box will print.*

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case: None known, other than the parties.
*Please separate names with a comma. Only text visible within box will print.*

| | |
|---|---|
| Date: | December 22, 2021 |
| Signature: | /s/ Jason P. Bloom |
| Print Name: | Jason P. Bloom |
| Bar Number: | 24045511 |
| Address: | 2323 Victory Ave., Suite 700 |
| City, State, Zip: | Dallas, TX 75219-7672 |
| Telephone: | +1 214.651.5655 |
| Fax: | +1 214.200.0396 |
| E-Mail: | jason.bloom@haynesboone.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons