IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OTO ANALYTICS, INC. d/b/a WOMPLY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-cv-2636-B |
| | § | |
| CAPITAL PLUS FINANCIAL, LLC, CROSSROADS SYSTEMS, INC., ERIC DONNELLY, BA FIN ORION, LLC d/b/a BLUEACORN, and BARRY CALHOUN | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF COMPLIANCE WITH COURT'S STATUS REPORT ORDER

Defendants Capital Plus Financial, LLC, Crossroads Systems, Inc., and Eric Donnelly hereby notify the Court that they served the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) and the Court's Jan. 4, 2022 Status Report Order (ECF No. 27) on counsel for Plaintiff and the other Defendants via electronic mail on February 3, 2022.

Dated: February 3, 2022

Respectfully submitted,

SUSMAN GODFREY L.L.P.

*/s/ Megan E. Griffith*
Terrell W. Oxford
TX State Bar No. 15390500
Harry P. Susman
TX State Bar No. 24008875
Megan E. Griffith
TX State Bar No. 24122748
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
toxford@susmangodfrey.com
hsusman@susmangodfrey.com
mgriffith@susmangodfrey.com

*Attorneys for Capital Plus Financial, LLC, Crossroads Systems, Inc. and Eric Donnelly*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2022, a true and correct copy of the foregoing document was filed with the Court and served on all counsel of records via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of Texas.

                                              */s/ Megan E. Griffith*
                                              Megan E. Griffith