**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| OTO ANALYTICS, INC. d/b/a WOMPLY<br><br>Plaintiff,<br>v.<br><br>CAPITAL PLUS FINANCIAL, LLC, CROSSROADS SYSTEMS, INC., ERIC DONNELLY, BA FIN ORION, LLC d/b/a BLUEACORN, and BARRY CALHOUN<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:21-cv-2636-B |

**APPENDIX IN SUPPORT OF PLAINTIFF WOMPLY'S MEMORANDUM OF LAW IN <u>OPPOSITION TO THE BLUEACORN DEFENDANTS' MOTION TO DISMISS</u>**

Plaintiff Oto Analytics, Inc. d/b/a/ Womply ("Womply") submits this Appendix in Support of its Memorandum of Law in Opposition to the Blueacorn Defendants' Motion to Dismiss, as follows:

| **Document** | **Page(s)** |
|---|---|
| Declaration of Jason P. Bloom | APP'X 001-003 |
| Exhibit 1, 01/11/2021 Crossroads Press Release | APP'X 004-005 |
| Exhibit 2, 01/12/2021 Dallas Business Journal Article | APP'X 006-007 |
| Exhibit 3, 06/09/2021 Blueacorn Press Release | APP'X 008-009 |
| Exhibit 4, Crossroads Q2 2021 OTC Disclosure Statement | APP'X 010-021 |
| Exhibit 5, 06/27/2021 New York Times Article | APP'X 022-026 |
| Exhibit 6, 07/08/2021 Crossroads Q2 2021 Shareholder Report | APP'X 027-031 |
| Exhibit 7, Crossroads Q3 2021 OTC Disclosure Statement | APP'X 032-043 |
| Exhibit 8, 01/14/2022 ProPublica Article | APP'X 044-051 |
| Exhibit 9, Crossroads Annual Report and Q4 2021 OTC Disclosure Statement | APP'X 052-075 |
| Exhibit 10, About Us – Capital Plus Financial | APP'X 076-077 |

| | |
|---|---|
| Declaration of Toby Scammell | APP'X 078-098 |
| Exhibit 1, 04/27/2021 Emails | APP'X 099-100 |
| Exhibit 2, 05/04/2021 Text Messages | APP'X 101-102 |
| Exhibit 3, 05/05/2021 Text Message | APP'X 103 |
| Exhibit 4, 05/06/2021 Text Messages | APP'X 104-106 |
| Exhibit 5, 05/06/2021 Text Message | APP'X 107 |
| Exhibit 6, 05/07/2021 Emails | APP'X 108-110 |
| Exhibit 7, 05/09/2021 Email | APP'X 111-113 |
| Exhibit 8, 05/09/2021 Emails | APP'X 114-16 |
| Exhibit 9, 05/092021 and 05/10/2021 Emails | APP'X 117-118 |
| Exhibit 10, 05/10/2021 Text Messages | APP'X 119-120 |
| Exhibit 11, 05/10/2021 Text Message | APP'X 121 |
| Exhibit 12, 05/10/2021 Email | APP'X 122 |
| Exhibit 13, 05/11/2021 Text Message | APP'X 123 |
| Exhibit 14, 05/11/2021 and 05/12/2021 Emails | APP'X 124-126 |
| Exhibit 15, 05/11/2021 Text Messages | APP'X 127 |
| Exhibit 16, 05/11/2021 Emails | APP'X 128 |
| Exhibit 17, 05/11/2021 Text Messages | APP'X 129 |
| Exhibit 18, 05/12/2021 Text Messages | APP'X 130 |
| Exhibit 19, 05/12/2021 Test Messages | APP'X 131 |
| Exhibit 20, 05/13/2021 Text Messages | APP'X 132 |
| Exhibit 21, 05/13/2021 Text Messages | APP'X 133-135 |
| Exhibit 22, 05/14/2021 and 05/15/2021 Emails | APP'X 136-140 |
| Exhibit 23, 05/14/2021 Text Messages | APP'X 141 |

Exhibit 24, 05/14/2021 Text Messages APP'X 142-143

Exhibit 25, 05/15/2021 Text Messages APP'X 144

Exhibit 26, 05/15/2021 Text Messages APP'X 145

Exhibit 27, 05/16/2021 Text Messages APP'X 146

Exhibit 28, 05/17/2021 Text Messages APP'X 147

Exhibit 29, 05/18/2021 Text Messages APP'X 148

Exhibit 30, 05/18/2021 Text Messages APP'X 149

Exhibit 31, 05/19/2021 Text Messages APP'X 150

Exhibit 32, Womply-Blueacorn Agreements APP'X 151-164

Exhibit 33, 05/10/2021 Slack Chats APP'X 165

Exhibit 34, 05/18/2021 Slack Chats APP'X 166-173

Exhibit 35, 05/18/2021 and 05/19/2021 Emails APP'X 174

Exhibit 36, 06/01/2021 Emails APP'X 175

Exhibit 37, 06/02/2021 Slack Chats APP'X 176-177

Exhibit 38, 06/04/2021 Slack Chats APP'X 178

Exhibit 39, 06/09/2021 Slack Chats APP'X 179-180

Exhibit 40, 06/24/2021 Email APP'X 181-184

Exhibit 41, 06/25/2021 Email APP'X 185-186

Exhibit 42, 07/01/2021 and 07/22/2021 Emails APP'X 187-191

Exhibit 43, 07/21/2021 Invoice APP'X 192

Exhibit 44, 08/04/2021 Invoice APP'X 193

Exhibit 45, 08/13/2021 Signal Messages APP'X 194

Exhibit 46, 08/18/2021 Notice of Termination APP'X 195-196

Declaration of Cory Capoccia APP'X 197-204

Exhibit 1, 05/07/2021 and 05/08/2021 Emails APP'X 205-211

| | |
|---|---|
| Exhibit 2, 05/09/2021 Emails | APP’X 212-214 |
| Exhibit 3, 05/09/2021 and 05/10/2021 Emails | APP’X 215 |
| Exhibit 4, 05/10/2021 Emails | APP’X 216-218 |
| Exhibit 5, 05/18/2021 and 05/19/2021 Emails | APP’X 219-220 |
| Exhibit 6, 06/18/2021 Emails | APP’X 221 |
| Exhibit 7, 07/01/2021 and 07/22/2021 Emails | APP’X 222-226 |
| Exhibit 8, 07/21/2021 Invoice | APP’X 227 |
| Exhibit 9, 20 07/22/2021—07/28/2021 Emails | APP’X 228-229 |
| Exhibit 10, 07/29/2021—08/03/2021 Emails | APP’X 230 |
| Exhibit 11, 08/04/2021 Invoice | APP’X 231 |

Respectfully submitted,

/s/ *Jason P. Bloom*

Nina Cortell
Texas Bar No. 04844500
Jason P. Bloom
Texas Bar No. 24045511
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
(214) 651-5000
jason.bloom@haynesboone
nina.cortell@haynesboone

Alexander L. Cheney (admitted *pro hac vice*)
Willkie Farr & Gallagher LLP
One Front Street
San Francisco, CA 94111
(415) 858-7400
acheney@willkie.com

Mark T. Stancil (admitted *pro hac vice*)
Joshua S. Levy (admitted *pro hac vice*)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
mstancil@willkie.com
jlevy@willkie.com

*Attorneys for Plaintiff Oto Analytics, Inc. d/b/a Womply*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 14, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all known counsel of record.

/s/ *Jason P. Bloom*
Jason P. Bloom